UNITED STATES of America, Plaintiff–Appellee

v.

Juan Manuel MUNOZ, Defendant–Appellant.

No. 12–51124
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney U.S. Attorney's Office San Antonio, TX, for Plaintiff–Appellee.

Reginald Van Wade, Esq., Del Rio, TX, for Defendant–Appellant.

Before JOLLY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Juan Manuel Muñoz raises arguments that he concedes are foreclosed. *See United States v. Rawls,* 85 F.3d 240, 242 (5th Cir.1996) (rejecting Commerce Clause-based challenge to 18 U.S.C. § 922(g)(1)). Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DE-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

NIED, and the judgment of the district court is AFFIRMED.